IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:05CR428** |
| **Plaintiff,** | ) | |
| vs. | ) | **ORDER** |
| **MICOLLEEN CRANE,** | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the Defendant's "motion to amend sentence," a motion in which defense counsel states that a motion to amend her sentence will not be filed at this time due to the Defendant's release from imprisonment (Filing No. 57).

IT IS ORDERED:

1. The Defendant's motion (Filing No. 57) is noted for the record;

2. The Clerk is directed to terminate the motion (Filing No. 57);

3. The Probation Office is directed to file the Retroactive Sentencing Worksheet on the ECF System; and

4. The Clerk is directed to provide a copy of this order to U.S. Probation Officer Jennifer L. Baker.

DATED this 18th day of July, 2008.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge